# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO RODRIGUEZ-PRECIADO,<br><br>Defendant. | Criminal Case No. 11CR2880-LAB<br><br><u>ORDER ADOPTING FINDINGS</u><br><u>AND RECOMMENDATION</u> |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE OF THE INFORMATION.

Dated:   9/12/2011

_Larry A. Burns_
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE